In the Matter of HELEN BARNES, Respondent, against MARGARET M. BURNET, Nominee, and S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents, and HERMAN N. SCHWARTZ, Nominee, Appellant.

Argued October 21, 1943; decided October 22, 1943.

*Maxwell J. Eile, A. Welles Stump* and *Mendel Lurie* for appellant.

*Anthony J. Graziano* and *Josephine D. Graziano* for Helen Barnes, respondent.

*Edward Rager* for Margaret M. Burnet, respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.